**Emil Draheim, Plaintiff-Counter Defendant, Appellee, v. Martha Draheim, Defendant-Counter Plaintiff, Appellant.**

Gen. No. 47,870.

First District, Third Division.

May 11, 1960.

Jerome Berkson, of Chicago, for appellant; no appearance filed for appellee. Opinion by PRESIDING JUSTICE BRYANT. **Not to be published in full.**